FILED
CHARLOTTE, N. C.

APR 11 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC. # 3:06mc45-V

FOR THE MATTER OF THE DESTRUCTION
OF VARIOUS ITEMS SEIZED BY THE U.S.
PROBATION OFFICE FOR THE WESTERN
DISTRICT OF NORTH CAROLINA

### ORDER

This matter is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the need to destroy firearms and various items which were seized by U.S. Probation Officers during the performance of their official duties. The attached list of firearms will be destroyed under the guidelines of the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE) and the Administrative Office of the U.S. Courts (AO).

Now; therefore, IT IS ORDERED that the U.S. Probation Office destroy the identified weapons and other items using the procedures set forth by the BATFE and AO.

This order shall take effect immediately.

**IT IS SO ORDERED** this 11th day of April, 2006.

Richard L. Voorhees
Chief U.S. District Court Judge

# Items Seized by POs Needing Court Order to Destroy

### USPO Keith Womble's Case:

**Shawn Davis:** PACTS #: 8571  Docket #: 3:00CR00006-5
On 8/13/2001, the U.S. Probation Office seized **one ammunition box filled with various bullets and ammunition (item #5), one box containing 50 rounds of Federal 9mm bullets (item # 11), and one box containing 50 rounds of Union Company 9mm bullets (item # 12).** All other items seized from subject on 8/13/2001 were signed over to the possession of the United States Secret Service on 8/13/2001.

### USPO Brian Hopkins' Case:

**Rashaun Holley:** PACTS #: 7527  Docket #: 1:94CR00234-1
On 7/2/1999, the U.S. Probation Office seized a **silver knife (item # 1).**

### USPO Mark Hall's Case:

**Paul Moose:** PACTS #: 7151  Docket #: 3:99CR00004-6
On 11/16/1999, the U.S. Probation Office seized a **stainless steel Hibben Knife (item #2).** All other items seized from subject on 11/16/1999 were destroyed by the U.S. Probation Office on 4/29/2003.

### USPO Regina Forest's Case:

**Xanthus Murdaugh:** PACTS#: 5154  Docket #: 3:97CR00188-1
On 2/24/2000, the U.S. Probation Office seized **34 Blazer .25 auto bullets (item #4) and 1 Samuri sword with case (item #6).** Item numbers 1, 2, 3, 5, 7, 8, 9, 10, 11, and 13 were destroyed by the U.S. Probation Office on 4/29/2003. Item number 12 was returned to subject on 5/2/2000.

### USPO Regina Forest's Case:

**Holly Marie Spohn:** PACTS #: 2323  Docket #: 3:95CR00084-1
On 12/16/1999, the U.S. Probation Office seized **1 Llama 9mm firearm, serial number PA3552 (item # 1).** Item number 2 was destroyed by the U.S. Probation Office on 4/29/2003.

### USPO Valerie Debnam's Case:

**Kelly Wallace:** PACTS #: 9054    Docket #: 4:88CR00079-1
On 4/27/2001, the U.S. Probation Office seized **1 Adventure Starsport Machete with a black and green case (item # 1) and 1 Warner chisel (item # 3).** All other items confiscated on 4/27/2001 were destroyed by the U.S. Probation Office on 4/29/2003.

### USPO Regina Forest's Case:

**Michael Wright:** PACTS #: 1270    Docket #: 3:95CR00200-1
On 2/14/2000, the U.S. Probation Office seized **1 Acer computer hard drive with serial number 2600412818 (item # 1), 1 Acer computer keyboard with serial number K6555040236 (item #2), 60 computer discs (item #3), 1 computer modem with serial number 90003000 95-231-94222 (item # 4), 2 pornography tapes titled Priscilla Bi and Eat Me (item # 5), and 2 pornography magazines titled Punk and Dude (item # 6).**

### USPO Lisa Morris' Case:

**Brenda Blakney:** PACTS #: 1923    Docket #: 3:94CR00054-5
On 1/20/1999, the U.S. Probation Office seized **1 box containing 55 .22 caliber CCI bullets (item #2).** The rifle confiscated from subject on 1/20/1999 (item #1) was returned to the owner of the rifle on 1/26/1999.

### USPO Keith Snyder's Case:

**James Skilling:** PACTS #: 3666    Docket #: 2:93CR00060-1
On 3/15/1999, the U.S. Probation Office seized **1 black BB gun(item # 1).** All other items confiscated by the U.S. Probation Office on 3/15/1999 (item #s 1 and 2) were destroyed by the U.S. Probation Office on 4/29/2003.

### USPO Keith Snyder's Case:

**Sherali Master:** PACTS #: 3981    Docket#: 1:94CR00280-1
On 4/20/1999, the U.S. Probation Office seized **1 Marksman BB gun (item #2), 1 American Classic BB gun (item # 3) and 1 knife with sheath (item #4).**

### USPO Brian Hopkins' Case:

**Brad Pryor:**  PACTS#: 9341  Docket #: 2:98CR00047-13
On 10/4/2000, the U.S. Probation Office seized **1 CRKT silver lock blade knife (item #1).**


### USPO Steve Levinsohn's Case:

**Kim King:**  PACTS #: 6930  Docket #: 3:98CR00345-01
On 12/16/02, the U.S. Probation Office seized **1 .32 caliber Savage Handgun, serial number 239328 (item #1); 1 .25 caliber Colt handgun, serial number 0021985 (item #2); 1 silver bullet clip manufactured by Colt Firearms (item #3); 6 .25 caliber bullets (item #4); 1 black bullet clip (item # 5); and 9 .32 caliber bullets (item # 6).**


### USPO Eric Simpson's Case:

**Randy Wayne Watson:**  PACTS #: 9595  Docket #: 5:00CR00047-17
The U.S. Probation Office seized **three (3) marijuana "roaches" (item # 1)** during a routine home visit.

### USPO Eric Simpson's Case:

**Robert Twomey:**  PACTS #: 8035  Docket #: 1:99CR00083-1
On 6/7/2000, the U.S. Probation Office seized **two (2) boxes, each containing fifty (50) .357 Magnum bullets (item #1) and one (1) bomb looking device with glove attached (item #2).**

### USPO Eric Simpson's Case:

**Bayles Ervin Lewis:**  PACTS #: 13116  Docket #: 1:03CR00079-1
On 4/1/04, the U.S. Probation Office seized **100 rounds of Winchester 9mm bullets (item #1) and one (1) metal box.**

## Various Items Seized by the U.S. Probation Office, WD/NC:

- 1 Davis Industries, model P-380, .38 caliber handgun, serial number AP341523
- 1 clear plastic container which contains seven (7) 38 special bullets and three (3) 9 mm bullets.
- Fifty eight .22 caliber bullets in a plastic, rectangular container.
- One (1) black sidekick holster.
- Four (4) 44 magnum bullets.
- One (1) box containing forty four .380 caliber bullets (Union Metallic Cart. Co.).
- One (1) rifle bullet (unknown caliber).
- Three (3) Winchester 12 gauge Hollow Point Rifled Slugs shotgun shells.
- One (1) plastic bag containing numerous .380 caliber bullets.
- One (1) black plastic film container containing four (4) 9 mm bullets and one (1) 38 special bullet.
- One (1) black handled United knife with black sheath.
- One (1) black handgun frame, serial number 91647.

## Surplus Items From the U.S. Probation Office

- One (1) box containing numerous 38 special bullets and numerous Winchester 38 special wad-cutter target bullets.